JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES K., | CASE NO. CV 18-8210-DOC (AGR) |
| Plaintiff, | |
| vs. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Order Accepting Findings and Recommendation of United States Magistrate Judge.

DATED: February 4, 2020

*David O. Carter*

DAVID O. CARTER
United States District Judge