Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN, SAMULON & PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES KARSEMEYER,<br><br>　　　　Plaintiff,<br>　vs.<br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: CV 18-8210-DOC (AGR)<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $3,326.18 (Three Thousand Three Hundred Twenty-Six Dollars and Eighteen Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: April 9, 2020 _____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE